IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ALPESHKUMAR PATEL**                                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:25-cv-111-MPM-DAS**

**DIRECTOR, U.S. CITIZENSHIP AND**
**IMMIGRATION SERVICES**                                            **DEFENDANT**

### ORDER STAYING CASE PENDING
### RULING ON MOTION TO DISMISS

The United States of America filed a motion to dismiss based, in part, on a lack of subject matter jurisdiction. Dkt. #6. Under Local Uniform Civil Rule 16(b)(3)(B) "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, the attorney conference, disclosure requirements, and all discovery are stayed pending briefing and ruling on the motion to dismiss. The parties are directed to notify the undersigned within seven days of a ruling on the motion to dismiss.

      **SO ORDERED**, this the 25th day of September, 2025.

                                                           /s/ David A. Sanders
                                                           **UNITED STATES MAGISTRATE JUDGE**